1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   CHRISTOPHER J. NEVIS, SB# 162812
2    E-Mail: Christopher.Nevis@lewisbrisbois.com
   NICOLE L. JONES, SB# 247152
3    E-Mail: Nicole.Jones@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone:    415.362.2580
5  Facsimile:    415.434.0882

6  Attorneys for Defendant THIEMAN TAILGATES, INC.

7

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 MICHAEL SULLIVAN,                    | CASE NO.

12            Plaintiff,                | **DEFENDANT THIEMAN TAILGATES,
                                          INC.'S NOTICE OF REMOVAL TO**
13     vs.                             | **FEDERAL COURT PURSUANT TO 28
                                          U.S.C. §§ 1441; DEMAND FOR TRIAL BY**
14 FORD MOTOR COMPANY, THIEMAN          | **JURY**
   TAILGATES, INC. AND DOES ONE
15 THROUGH FIFTY, INCLUSIVE,

16            Defendants.

17

18 **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN**

19 **DISTRICT OF CALIFORNIA:**

20        Defendant THIEMAN TAILGATES, INC. ("Defendant") files this Notice under the

21 provisions of 28 U.S.C. §§ 1441, 1446, and Federal Rules of Civil Procedure, Rule 81(c).

22        <u>STATEMENT OF FACTS ENTITLING DEFENDANT TO REMOVAL</u>

23        **NOW COMES,** Defendant reserving any and all rights, objections, defenses and

24 exceptions, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, and

25 removes this action to the United States District Court for the Northern District of California, for

26 the following reasons:

27 ///

28 ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

## JURISDICTION

1    This Court has subject matter jurisdiction of this action under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens or subjects of a foreign state and a citizen of a different state, and the amount in controversy as alleged in the complaint exceeds the sum of $75,000, exclusive of interest and costs.

2.    The United States District Court for the Northern District of California is the federal judicial district embracing the Superior Court of Contra Costa County where the suit is pending and, therefore, removal to this court is proper pursuant to 28 U.S.C. §§1441(a). Defendant does not waive any defenses, including without limitation any defenses pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2), 12(b)(3), 12(b)(4), 12(b)(5), 12(b)(6) and 12(b)(7).

## INTRA-DISTRICT ASSIGNMENT

3.    The United States District Court for the Northern District of California is the federal judicial district embracing the Superior Court of Contra Costa County where the suit is pending and, therefore, removal to this court is proper pursuant to 28 U.S.C. §§1441(a). Defendant is informed and believes, based on Plaintiff's allegations in the complaint, that Plaintiff is a resident of California. Defendant is incorporated and domiciled in Ohio. Defendant Ford Motor Company is incorporated in Delaware and domiciled in Michigan. Defendant does not waive any defenses, including without limitation any defenses pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2), 12(b)(3), 12(b)(4), 12(b)(5), 12(b)(6) and 12(b)(7).

4.    Defendant is informed and believes, based on Plaintiff's allegation in the complaint, the alleged injury occurred at the Santa Rita prison in Dublin, California (in Alameda County). Venue in the San Francisco or Oakland Division of the District Court is proper under N.D. Cal. R. 3-2(c) and (d), as opposed to any other Division of the District Court, because the events giving rise to Plaintiff's purported injury is alleged to have occurred in Alameda County, California.

5.    On April 25, 2016, Plaintiff, by and through his attorneys, Michael J. Plocki, Esq., of the Michael Plocki Law Group and John R. Bobay, Esq. of the Law Offices of John R. Bobay,

DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO
28 U.S.C. §§ 1441; DEMAND FOR TRIAL BY JURY

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  commenced a civil action in the Superior Court of the State of California, Contra Costa County

2  against Defendants, entitled *Michael Sullivan v. Ford Motor Company,, et al.;* Contra Costa

3  County Superior Court Case No. C16-00786. A true and correct copy of the Complaint is attached

4  as **Exhibit A**.

5       6.     On June 21, 2016, Defendant filed an Answer to Plaintiff's Complaint. A true and

6  correct copy of the Answer is attached as **Exhibit B**.

7       7.     The Complaint alleges Defendant is an Ohio corporation authorized to do business

8  in California.

9       8.     The Complaint alleges Defendant Ford Motor Company is a Delaware corporation,

10  domiciled in Michigan and authorized to do business in California.

11       9.     The Complaint was substitute served on Defendant on May 24, 2016. Pursuant to

12  28 U.S.C. § 1446(b)(3) and 28 U.S.C. § 1446(c), the time limit to remove the case to Federal

13  Court has been satisfied, as this Notice of Removal has been filed within 30 days of service of the

14  Complaint. (*See* 28 U.S.C. §1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*,

15  526 U.S. 344, 347-48 (1999).)

16       10.     The basis for removal is complete diversity. Plaintiff is a resident of California.

17  Defendant is incorporated in and has its principal place of business in Illinois. Defendant Ford

18  Motor Company is incorporated in Delaware and has its principal place of business in Michigan.

19  This Court, therefore, has original jurisdiction of this action under 28 U.S.C. § 1332 because the

20  only true named Defendants are citizens of Ohio, Delaware, and Michigan, while Plaintiff is a

21  resident of California.

22       11.     Defendant Ford Motor Company consents to this removal. (28 U.S.C §

23  1446(b)(2)(A).) The defendants designated as DOES 1 through 50 are fictitious defendants, are

24  not parties to this action, have not been named or served, and are to be disregarded for the purpose

25  of this removal. (28 U.S.C. § 1441 (a); *McCabe v. General Foods Corp.*, 811 F2d 1336, 1339 (9th

26  Cir. 1987).) Pursuant to 28 U.S.C. § 1441(b), the citizenship of defendants sued under fictitious

27  names shall be disregarded in determining whether an action is removable on the basis of

28  diversity. The Doe defendants, therefore, need not consent to this removal.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

12.    The diversity of all fictitiously named defendants is not known or determined. It is unknown whether any of the fictitiously named defendants are domiciled in California, Ohio, Delaware, Michigan, or elsewhere. Regardless, their domicile for diversity should not be considered.

13.    Plaintiff's Complaint does not allege a specific amount in damages. Plaintiff's counsel has advised Plaintiff has been unable to return to work since the date of the incident and has incurred significant medical expenses due to nerve damage and visits to multiple specialists. Thus, Defendant believes in good faith that the amount in controversy substantially exceeds $75,000, as required for removal pursuant to 49 U.S.C. § 11706.

## DEMAND FOR JURY TRIAL

17.    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant hereby demands a trial by jury.

**WHEREFORE,** Defendant respectfully prays that this Notice of Removal be deemed good and sufficient, and that Case No. C16-00786 be removed from the Superior Court of California, County of Contra Costa, to the docket of this Honorable Court.

DATED: June 23, 2016                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    _/s/ Nicole L. Jones_
           Christopher J. Nevis
           Nicole L. Jones
           Attorneys for Defendant THIEMAN
           TAILGATES, INC.

DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441; DEMAND FOR TRIAL BY JURY

# EXHIBIT A



1  MICHAEL J. PLOCKI (CSB No. 188120)
   MICHAEL PLOCKI LAW GROUP
2  1108 Fifth Avenue, Suite 200
   San Rafael, CA 94901
3  TEL: (415) 275.0466
   FAX: (415) 329.1451
4  EMAIL: mplocki@plockilaw.com

5  JOHN R. BOBAY (CSB No. 78993)
6  LAW OFFICES OF JOHN R. BOBAY
   50 Hill Crest Court
7  San Anselmo, CA 94960
   TEL: (415) 457.0720
8  FAX: (415) 366.2228
   EMAIL: jrbobay@pacbell.net

9
   Attorneys for Plaintiff
10 MICHAEL SULLIVAN

F I L E D

APR 25 2016

STEPHEN H. NASH CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____, Deputy Clerk

A. GRAHAM

PER LOCAL RULE 5 THIS
CASE IS ASSIGNED TO
DEPT ____31

SUMMONS ISSUED

11

12          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

13              IN AND FOR THE COUNTY OF CONTRA COSTA

                    UNLIMITED CIVIL JURISDICTION
14

15 MICHAEL SULLIVAN,                    )  Case No.:  C16- 00786
                                        )
16          Plaintiff,                  )  COMPLAINT FOR DAMAGES FOR:
                                        )
17                                      )   1.  NEGLIGENCE;
       vs.                              )   2.  STRICT PRODUCT LIABILITY;
18                                      )   3.  NEGLIGENT INFLICTION OF
   FORD MOTOR COMPANY; THIEMAN          )       EMOTIONAL DISTRESS
19 TAILGATES, INC.; and DOES ONE through)
   FIFTY, Inclusive,                    )
20                                      )
                                        )
21          Defendants.                 )
                                        )
22                                      )
                                        )
23         COMES NOW, Plaintiff, MICHAEL SULLIVAN, by and through his attorneys, files this

24 Complaint for Damages for Personal Injury against Defendant, FORD MOTOR COMPANY, a

25 Delaware corporation, duly authorized to do and doing business in California, as a manufacturer

26 and/or distributor of Ford trucks and related products; Defendant, THIEMAN TAILGATES,

27 INC., an Ohio Corporation duly authorized to do and doing business in California, as a

28

                            COMPLAINT FOR DAMAGES

(sidebar) MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

manufacturer and/or distributor of lift gates and related products; and against the Defendants, DOES ONE through FIFTY, inclusive, and alleges and complains as follows:

## FIRST CAUSE OF ACTION FOR NEGLIGENCE
(On Behalf of Plaintiff and Against All Defendants)
*(Ca. Civ. Code §3333, et al.)*

### PARTIES AND GENERAL ALLEGATIONS

1.    This cause of action is brought pursuant to the general tort law of the State of California and section 3333 of the California Civil Code.

2.    The Plaintiff, MICHAEL SULLIVAN, is an individual who lives and resides in Antioch, California.

3.    Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant FORD MOTOR COMPANY (hereinafter "FORD") was and is a corporation organized and existing pursuant to the laws of the State of Delaware, with a principal place of business in Dearborn, Michigan, and was at all times herein mentioned authorized and/or qualified to do business, and was and is doing business, in the State of California.

4.    Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant THIEMAN TAILGATES, INC. (hereinafter "THIEMAN"), was and is a corporation existing under the laws of the State of Ohio, and was at all times herein mentioned authorized and/or qualified to do business, and was and is doing business, in the State of California.

5.    Defendants DOES ONE trough FIFTY, inclusive, are sued herein under fictitious names; Plaintiff does not at this time know the true names of capacities of said defendants, but prays that the same may be inserted herein when ascertained.  Plaintiff is informed and believes and thereon alleges that each of said fictitiously named defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's injuries as herein alleged were proximately

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

1  caused by said defendants.

2

3    6.    Plaintiff is informed and believes and thereon alleges that at all relevant times,

4  each defendant was the agent, servant, employee, partner and joint venture of each of the other

5  defendants and at all of said times was acting within the course and scope of said agency,

6  service, employment, partnership and joint venture.

7

8    7.    Plaintiff is informed and believes and thereon alleges that at all relevant times,

9  Defendant, FORD MOTOR COMPANY, and DOES ONE through TEN, inclusive, were and are

10  engaged in the business of designing, manufacturing, constructing, assembling, inspecting,

11  distributing, supplying and selling Ford Diesel Trucks, including the Ford Diesel Truck with

12  California License No. 28289DP and Vehicle Identification Number 1FDNF80C7WVA26521,

13  and each and every component part thereof (hereinafter the "Subject Vehicle"), which defendants

14  knew, or in the exercise of reasonable care should have known, would be used without

15  inspection for defects in its parts, mechanisms or design, for use in the State of California and

16  elsewhere.

17

18    8.    Plaintiff is informed and believes and thereon alleges that at all relevant times,

19  Defendant, THIEMAN, and DOES ELEVEN through TWENTY, inclusive, were and are

20  engaged in the business of designing, manufacturing, constructing, assembling, inspecting,

21  distributing, supplying and selling lift gates, including the THIEMAN lift gate incorporated with

22  the Subject Vehicle, and each and every component part thereof (hereinafter the "Subject Lift

23  Gate"), which defendants knew, or in the exercise of reasonable care should have known, would

24  be used without inspection for defects in its parts, mechanisms or design, for use in the State of

25  California and elsewhere.

26

27

28    9.    Plaintiff is informed and believes and thereon alleges that at all relevant times,

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

Defendant DOES TWENTY-ONE through THIRTY, inclusive, were and are engaged in the business of inspecting, maintaining, installing, and selling at retail to members of the public various types of trucks, including the Subject Vehicle and its component parts.

## FACTUAL ALLEGATIONS

10.     Plaintiff re-alleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 9, inclusive, as if fully set forth herein.

11.     On or about Friday, April 25, 2014, Plaintiff was delivering food products to inmates at the Santa Rita prison in Dublin, California.  While exiting the back end or cargo area of the Subject Vehicle, Plaintiff stood on the Subject Lift Gate and waited to be lowered to the ground, when suddenly and without warning said lift gate malfunctioned.  The metal plates of said lift gate opened up causing Plaintiff's legs to drop straight downward and become wedged between the metal plates, resulting in serious injuries to Plaintiff's lower extremities, spine, and torso.

12.     Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant FORD, and DOES ONE through TEN, so negligently and carelessly designed, manufactured, constructed, assembled, inspected, distributed, supplied and sold the Subject Vehicle that it was dangerous and unsafe for its intended uses.

13.     Plaintiff is informed and believes and thereon alleges that at all relevant times, Defendant THIEMAN, and DOES ELEVEN through TWENTY, so negligently and carelessly designed, manufactured, constructed, assembled, inspected, distributed, supplied and sold the the Subject Lift Gate that it was dangerous and unsafe for its intended uses.

14.     As a proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff sustained severe personal injuries, including, but not limited to, a crushed lower left leg, left foot

drop, compartment syndrome, peroneal neuropathy, bilateral lower extremities, hip, and spine, and underwent a course of pain and suffering and had sustained general and special damages in amounts to be determined at trial.

15.    As a proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff was and will be required to employ physicians, radiologists, orthopedists, neurologists, psychiatrists, and other specialists, hospitals, laboratories, physical therapists, laboratory technicians and other medical personnel, and incurred expenses therefor to examine, treat and care for his, and incurred additional medical expense for, hospital bills, medication, and other incidental medical expenses, and the Plaintiff is informed and believes and thereon alleges that said amounts exceed the jurisdictional minimum of this Court.

16.    As a further proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff has been deprived of his earnings and earning capacity and will in the future be deprived thereof. Plaintiff does not know the reasonable value thereof but prays that the same may be inserted herein when ascertained.

17.    As a further proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff has been and will be unable to attend to his usual domestic responsibilities requiring him to retain the services of others and third parties to perform those duties which he would otherwise normally perform himself, all to his further damage.

18.    As a further proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff has been and will be unable to participate and enjoy normal activities, and has

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

- 5 -
COMPLAINT FOR DAMAGES

sustained the loss of his recreational days, activities and other pecuniary losses, all to his further damage. The Plaintiff is informed and believes and thereon alleges that said amounts exceed the jurisdictional minimum of this Court.

19.    As a further proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff has sustained and will sustain serious and permanent injuries to his left lower leg, left foot, hip, spine, strength, and activity, severe shock to his nervous system and person, including but not limited to the loss of the use of his left leg and foot, and was caused to suffer extreme and excruciating physical and mental pain.

20.    As a further proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff has suffered and continues to suffer extreme anxiety, which has severely impacted his life and caused the loss of his enjoyment of life. The Plaintiff is informed and believes and thereon alleges that said injuries will result in permanent disability, all to his general damage.

21.    As a further proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff has suffered and continues to suffer serious emotional distress, including fright, horror, nervousness, grief, anxiety, shock, worry, humiliation, shame, and mental anguish, all to his further damage in an amount in excess of the jurisdictional minimum of this Court.

22.    As a further proximate and legal result of the negligence of Defendant FORD; Defendant THIEMAN; and the Defendants, DOES ONE through FIFTY, and the resulting impact, Plaintiff claims prejudgment interest. Plaintiff does not yet know the reasonable value thereof but prays that the same may be amended and stated herein when ascertained.

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

## SECOND CAUSE OF ACTION FOR STRICT PRODUCT LIABILITY

(On Behalf Of Plaintiff Against Defendant FORD MOTOR COMPANY, Defendant THIEMAN TAILGATES, INC., and Defendants, DOES ONE through FIFTY)

23.    Plaintiff re-alleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 22, inclusive, as if fully set forth herein.

24.    Defendant FORD MOTOR COMPANY, Defendant THIEMAN TAILGATES, INC., and Defendants, DOES ONE through FIFTY, manufactured, distributed, sold, supplied, leased and/or furnished the aforementioned Subject Vehicle and its component parts, including the Subject Lift Gate, to Plaintiff's employer knowing that it would be used by persons such as Plaintiff without inspection for defects.

25.    The aforementioned product was not fit for its intended use in that it was defective as to design and manufacture, including but not limited to such defects as the lift gate failed to operate property, and malfunctioned.  Defendants further failed to warn or provided inadequate warnings, thereby causing said product to be unsafe for ordinary and normal use by members of the public.  The Subject Vehicle and its component parts, including the Subject Lift Gate, furnished by Defendants failed to perform in a manner ordinarily and normally expected of it by the average consumer.

26.    At all times material hereto, the aforementioned product was being used in the manner in which it was intended to be used and/or misused in a manner which was reasonably foreseeable by Defendants.

27.    As a proximate and legal result of these defects in Subject Vehicle and its component parts, including the Subject Lift Gate, Plaintiff was caused to suffer the injuries and damages previously set forth herein.

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

### THIRD CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
(On Behalf Of Plaintiff Against All Defendants)
*(CACI* No. 1620)

28.    Plaintiff re-alleges, and incorporates herein by reference, each and every allegation contained in Paragraphs 1 through 27.

29.    At all relevant times, Defendants and each of them owed affirmative duties to avoid foreseeable damages and injuries to Plaintiff.  Defendants knew, or reasonably should have known, that their acts and omissions created an unreasonable risk of harm to Plaintiff.

30.    Defendants breached their duties to Plaintiff by the acts and omissions hereinabove alleged.  As a proximate and legal result of Defendants' unlawful conduct, Plaintiff suffered and continues to suffer serious emotional distress, including anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame, all to his general and special damages in amounts to be shown according to proof at the time of trial.

//
//
//
//
//
//
//
//
//
//
//
//
//

**PRAYER FOR RELIEF**
(On Behalf Of Plaintiff Against All Defendants and
As To All Causes of Action)

**WHEREFORE**, Plaintiff demands judgment against the Defendants and each of them as follows:

1. General damages according to proof;

2. Special damages for medical, incidental expenses, and loss of earnings, and other damages according to proof;

3. Pre- and post-judgment interest as provided by law, until paid;

4. Costs of this action herein incurred; and

5. Any for such other and further relief that the court considers proper.

Date: April 22, 2016

MICHAEL PLOCKI LAW GROUP
Attorneys for Plaintiff
MICHAEL SULLIVAN

By: _____
MICHAEL J. PLOCKI

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

- 9 -
COMPLAINT FOR DAMAGES

# EXHIBIT B

1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   CHRISTOPHER J. NEVIS, SB# 162812
2    E-Mail: Christopher.Nevis@lewisbrisbois.com
   NICOLE L. JONES, SB# 247152
3    E-Mail: Nicole.Jones@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone:   415.362.2580
5  Facsimile:   415.434.0882

6  Attorneys for Defendant
   THIEMAN TAILGATES, INC.
7

**FILED**

JUN 21 2016

STEPHEN H. NASH, CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____, Deputy Clerk
A. Adams

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    COUNTY OF CONTRA COSTA

10

11  MICHAEL SULLIVAN,                    CASE NO. C16-00786

12          Plaintiff,                   **DEFENDANT THIEMAN TAILGATES,
                                         INC.'S ANSWER TO PLAINTIFF'S
13      vs.                              COMPLAINT**

14  FORD MOTOR COMPANY, THIEMAN          Action Filed:   April 25, 2016
    TAILGATES, INC. AND DOES ONE         Trial Date:     None Set
15  THROUGH FIFTY, INCLUSIVE,

16          Defendants.

17

18      Defendant THIEMAN TAILGATES, INC. ("Defendant") hereby answers Plaintiff

19  MICHAEL SULLIVAN's ("Plaintiff") Complaint as follows:

20                          <u>GENERAL DENIAL</u>

21      Defendant denies generally and specifically, each and every, all and singular, the

22  allegations of said Complaint, and each cause of action thereof, and further denies that Plaintiff

23  has been damaged in any sum or sums or at all.

24      WHEREFORE, this answering Defendant prays for judgment as hereinafter set forth.

25  ///

26  ///

27  ///

28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-9704-6323.1                          1
            THIEMAN TAILGATES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

FAX COPY

1                   **AFFIRMATIVE DEFENSES**

2     Defendant also alleges the following separate and affirmative defenses as follows:

3               **FIRST AFFIRMATIVE DEFENSE**

4               (Failure to State a Cause of Action)

5     As a first affirmative defense to each cause of action alleged in the Complaint, Defendant

6 alleges that Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action

7 against Defendant.

8              **SECOND AFFIRMATIVE DEFENSE**

9                  (Assumption of Risk)

10     As a second affirmative defense to each cause of action of the Complaint, Defendant

11 alleges that Plaintiff's action is barred under the doctrine of primary assumption of risk because

12 Plaintiff voluntarily participated in the activities alleged in the complaint and knew of and

13 appreciated the specific risk which resulted in Plaintiff's alleged damage, thereby relieving

14 Defendant of any legal duty to protect Plaintiff from that risk.

15              **THIRD AFFIRMATIVE DEFENSE**

16               (Comparative Negligence)

17     As a third affirmative defense to each cause of action of the Complaint, Defendant alleges

18 that Plaintiff was partially, if not wholly, negligent or otherwise at fault on her own part pursuant

19 to the doctrine of comparative negligence, and Plaintiff should be barred from recovery of that

20 portion of the damages directly attributable to Plaintiff's proportionate share of the negligence or

21 fault.

22            **FOURTH AFFIRMATIVE DEFENSE**

23              (Contributory Negligence)

24     As a fourth affirmative defense to each cause of action of the Complaint, Defendant alleges

25 that the damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence

26 or fault of others for which this Defendant is not liable or responsible.

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-9704-6323.1               2
DEFENDANT THIEMAN TAILGATES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

1

## FIFTH AFFIRMATIVE DEFENSE

2

### (Statute of Limitations)

3    As a fifth affirmative defense to each cause of action of the Complaint, Defendant alleges

4    that Plaintiff's Complaint and causes of action therein are barred by the applicable statute of

5    limitations, including but not limited to, California Code of Civil Procedure, section 338.

6

## SIXTH AFFIRMATIVE DEFENSE

7

### (Failure to Mitigate)

8    As a sixth affirmative defense to each cause of action of the Complaint, Defendant alleges

9    that Plaintiff failed to mitigate his damages.

10

## SEVENTH AFFIRMATIVE DEFENSE

11

### (Misjoinder)

12    As a seventh affirmative defense to each cause of action of the Complaint, Defendant

13    alleges that there is a defect or misjoinder of parties pursuant to Code of Civil Procedure section

14    430.10(d).  Specifically, Plaintiff failed to join all parties necessary for final determination of the

15    action.

16

## EIGHTH AFFIRMATIVE DEFENSE

17

### (Misuse and Abuse)

18    As an eighth affirmative defense to each cause of action of the Complaint, Defendant

19    alleges that the damages complained of in the complaint were caused in whole or in part by the

20    misuse and abuse of the product. At all times and places mentioned in the Complaint, Plaintiff

21    and/or other persons used the subject products, if indeed any were used, in an unreasonable

22    manner, not reasonably foreseeable to this Defendant, and for a purpose for which the products

23    were not intended, manufactured or designed.

24

## NINTH AFFIRMATIVE DEFENSE

25

### (Failure to Use Due Care)

26    As a ninth affirmative defense to each cause of action of the Complaint, Defendant alleges

27    the incident and any alleged damages or injuries resulting therefrom were legally caused by the

28    failure of Plaintiff to exercise ordinary care for his own safety in the use of the tailgate platform,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-9704-6323.1                                3

DEFENDANT THIEMAN TAILGATES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

1  and the injuries and damages allegedly sustained by Plaintiff, if any there were, were legally

2  caused by Plaintiff's negligence in this regard. To the extent that such negligent conduct

3  contributed to the alleged damages, if any there were, Plaintiff's right to recover is proportionately

4  diminished.

**TENTH AFFIRMATIVE DEFENSE**

(Proposition 51)

7  As a tenth affirmative defense to each cause of action of the Complaint, Defendant alleges

8  the provisions of the "Fair Responsibility Act of 1986" (commonly known as Proposition 51, Civil

9  Code §§s 1430, 1431, 1431.1, 1431.2, 1431.3, 1431.4, 1431.5 and 1432) are applicable to this

10  action to the extent Plaintiff's injuries and damages, if any, were legally caused or contributed to

11  by the negligence or fault of persons or entities other than this answering Defendant.

**TENTH AFFIRMATIVE DEFENSE**

(Reservation of Defenses)

14  As an eleventh affirmative defense to each cause of action of the Complaint, Defendant

15  presently has insufficient knowledge or information on which to form a belief as to whether it may

16  have additional, as yet unstated, defenses available. Defendant reserves herein the right to assert

17  additional defenses in the event discovery indicates that they would be appropriate.

18  WHEREFORE, this answering Defendant prays for judgment as follows:

19        1.    That Plaintiff takes nothing by reason of the Complaint on file herein;

20        2.    For costs of suit incurred herein; and

21        3.    For such other and further relief as the court deems just and proper.

23  DATED: June 21, 2016              LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____

Christopher J. Nevis
Nicole L. Jones
Attorneys for Defendant THIEMAN
TAILGATES, INC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-9704-6323.1                4
DEFENDANT THIEMAN TAILGATES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

**FEDERAL COURT PROOF OF SERVICE**
*Michael Sullivan v. Ford Motor Company, et al.*
*USDC – Northern District Case No.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 23, 2016, I served the following document(s): **DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1441; DEMAND FOR TRIAL BY JURY**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒    (BY COURT'S CM/ECF SYSTEM) I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 23, 2016, at San Francisco, California.


_____
Christine M. Gill

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**SERVICE LIST**
*MICHAEL SULLIVAN v. FORD MOTOR COMPANY, et al.*
**CONTRA COSTA COUNTY SUPERIOR COURT NO. C16-00786**

| | |
|---|---|
| Michael J. Plocki, Esq.<br>Michael Plocki Law Group<br>1108 Fifth Avenue, Suite 200<br>San Rafael, CA 94901<br>Telephone:    415-275-0466<br>Facsimile:    415-329-1451<br>Email:        mplocki@plockilaw.com<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* | John R. Bobay, Esq.<br>Law Offices of John R. Bobay<br>50 Hill Crest Court<br>San Anselmo, CA 94960<br>Telephone:    415-457-0720<br>Facsimile:    415-366-2228<br>Email:        jrbobay@pacbell.net<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* |
| Randall D. Haimovici, Esq.<br>Amir Nassihi, Esq.<br>Joan R. Camagong, Esq.<br>Shook, Hardy & Bacon, LLP<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-2828<br>Telephone:  (415) 544-1900<br>Facsimile:  (415) 391-0281<br>Attorneys for Defendant *FORD MOTOR COMPANY* | |

DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO
28 U.S.C. §§ 1441; DEMAND FOR TRIAL BY JURY