1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   CHRISTOPHER J. NEVIS, SB# 162812
2    E-Mail: Christopher.Nevis@lewisbrisbois.com
   NICOLE L. JONES, SB# 247152
3    E-Mail: Nicole.Jones@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone:    415.362.2580
5  Facsimile:    415.434.0882

6  Attorneys for Defendant THIEMAN TAILGATES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| MICHAEL SULLIVAN, | CASE NO. _____ |
|---|---|
| Plaintiff, | **DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| FORD MOTOR COMPANY, THIEMAN TAILGATES, INC. AND DOES ONE THROUGH FIFTY, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** under the provisions of 28 U.S.C. § 1446(d), on June 23, 2016, Defendant Thieman Tailgates, Inc., filed with the Clerk of this Court at the United States District Court, Courthouse, Northern District of California, San Francisco Division, located at the Phillip Burton Federal Building at 450 Golden Gate Avenue, San Francisco, CA 94102, the attached Notice of Removal and supporting papers to accomplish the removal of the action pending in the Superior Court of the State of California in and for the County of Contra Costa, entitled *Michael Sullivan v. Ford Motor Company, et al.*, Case No. C16-00786, to the United States District Court for the Northern District of California. A copy of the Notice of Removal and supporting papers has also been filed with the Clerk of the Contra Costa County Superior Court, as an attachment to the Notice to State Court of Removal to Federal Court. Under 28 U.S.C. §§ 1441

1 and 1446, and Federal Rules of Civil Procedure, Rule 81(c), this action now will be placed on the
2 docket of this District Court for further proceedings.

3 DATED: June 23, 2016              LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Nicole L. Jones*
　　　　Christopher J. Nevis
　　　　Nicole L. Jones
　　　　Attorneys for Defendant THIEMAN
　　　　TAILGATES, INC.

**FEDERAL COURT PROOF OF SERVICE**
*Michael Sullivan v. Ford Motor Company, et al.*
USDC – Northern District Case No.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 23, 2016, I served the following document(s): **DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 23, 2016, at San Francisco, California.

_____
Christine M. Gill



DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

**SERVICE LIST**
*MICHAEL SULLIVAN v. FORD MOTOR COMPANY, et al.*
**CONTRA COSTA COUNTY SUPERIOR COURT NO. C16-00786**

| | |
|---|---|
| Michael J. Plocki, Esq.<br>Michael Plocki Law Group<br>1108 Fifth Avenue, Suite 200<br>San Rafael, CA 94901<br>Telephone:   415-275-0466<br>Facsimile:    415-329-1451<br>Email:          mplocki@plockilaw.com<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* | John R. Bobay, Esq.<br>Law Offices of John R. Bobay<br>50 Hill Crest Court<br>San Anselmo, CA 94960<br>Telephone:   415-457-0720<br>Facsimile:    415-366-2228<br>Email:          jrbobay@pacbell.net<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* |
| Randall D. Haimovici, Esq.<br>Amir Nassihi, Esq.<br>Joan R. Camagong, Esq.<br>Shook, Hardy & Bacon, LLP<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-2828<br>Telephone: (415) 544-1900<br>Facsimile:  (415) 391-0281<br>Attorneys for Defendant *FORD MOTOR COMPANY* | |



DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT