**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
  E-Mail: Christopher.Nevis@lewisbrisbois.com
NICOLE L. JONES, SB# 247152
  E-Mail: Nicole.Jones@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone:  415.362.2580
Facsimile:   415.434.0882

Attorneys for Defendant THIEMAN TAILGATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN, | CASE NO. _____ |
| Plaintiff, | **DECLARATION OF NICOLE L. JONES OF FILING OF NOTICE OF REMOVAL IN STATE COURT AND SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT** |
| vs. | |
| FORD MOTOR COMPANY, THIEMAN TAILGATES, INC. AND DOES ONE THROUGH FIFTY, INCLUSIVE, | |
| Defendants. | |

I, Nicole L. Jones, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California, including the United States District Court, Northern District of California, and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant Thieman Tailgates, Inc. herein. I make this declaration in support of Defendant's removal of the above-captioned case from state court to federal court. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. On June 23, 2016, as required by 28 U.S.C. § 1446(d), my office filed with the Clerk of the Superior Court of the State of California for the County of Contra Costa, a copy of the Notice to State Court of Removal to Federal Court and supporting papers filed in this Court on June 23, 2016, as an attachment to a Notice to State Court of Removal of Action to Federal Court,

1
DECLARATION OF NICOLE L. JONES OF FILING OF NOTICE OF REMOVAL IN STATE COURT AND
SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

in order to provide notice to that state court of the removal of this action. A true and correct copy of the Notice to State Court of Removal of Action to Federal Court is attached hereto and marked **Exhibit A**.

3.  On June 23, 2016, as required by 28 U.S.C. §1446(d), my office served, by mail, the aforementioned Notice of Removal and supporting papers as an attachment to a Notice to Adverse Party of Removal to Federal Court, a copy of which is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 23, 2016, at San Francisco, California.

_____
Nicole L. Jones

2
DECLARATION OF NICOLE L. JONES OF FILING OF NOTICE OF REMOVAL IN STATE COURT AND SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT A

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
 E-Mail: Christopher.Nevis@lewisbrisbois.com
NICOLE L. JONES, SB# 247152
 E-Mail: Nicole.Jones@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone:  415.362.2580
Facsimile:   415.434.0882

Attorneys for Defendant
THIEMAN TAILGATES, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA, UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>          Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, THIEMAN TAILGATES, INC. AND DOES ONE THROUGH FIFTY, INCLUSIVE,<br><br>          Defendants. | CASE NO. C16-00786<br><br>**DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**<br><br>Action Filed:  April 25, 2016<br>Trial Date:     None Set |

**TO THE CLERK OF THE SUPERIOR COURT OF THE COUNTY OF CONTRA COSTA:**

**PLEASE TAKE NOTICE** under the provisions of 28 U.S.C. § 1446(d) that on June 23, 2016, Defendant Thieman Tailgates, Inc. filed with the Clerk of the Court at the United States District Court, Courthouse, Northern District of California, San Francisco Division, located at the Phillip Burton Federal Building at 450 Golden Gate Avenue, San Francisco, CA 94102, the attached Notice of Removal to Federal Court and supporting papers to accomplish the removal of the action pending in the Superior Court of the State of California in and for the County of Contra Costa, entitled *Michael Sullivan v. Ford Motor Company, et al.*, Case No. C16-00786, to the United States District Court for the Northern District of California. Under 28 U.S.C. §§ 1441 and 1446, and Federal Rules of Civil Procedure, Rule 81(c), this action now will be placed on the

1
DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

docket of the aforementioned District Court for all further proceedings.

DATED: June 23, 2016                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                        By:     /s/ Nicole L. Jones
                                                Christopher J. Nevis
                                                Nicole L. Jones
                                                Attorneys for Defendant THIEMAN
                                                TAILGATES, INC.

**CALIFORNIA STATE COURT PROOF OF SERVICE**
*Michael Sullivan v. Ford Motor Company, et al.*
*Contra Costa County Superior Court Case No. C16-00786*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.

On June 23, 2016, I served the following document(s): **DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and:

☒   Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2016, at San Francisco, California.

*/s/ Christine M. Gill*
Christine M. Gill

---

DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

**SERVICE LIST**
*MICHAEL SULLIVAN v. FORD MOTOR COMPANY, et al.*
**CONTRA COSTA COUNTY SUPERIOR COURT NO. C16-00786**

| | |
|---|---|
| Michael J. Plocki, Esq.<br>Michael Plocki Law Group<br>1108 Fifth Avenue, Suite 200<br>San Rafael, CA 94901<br>Telephone:  415-275-0466<br>Facsimile:  415-329-1451<br>Email:  mplocki@plockilaw.com<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* | John R. Bobay, Esq.<br>Law Offices of John R. Bobay<br>50 Hill Crest Court<br>San Anselmo, CA 94960<br>Telephone:  415-457-0720<br>Facsimile:  415-366-2228<br>Email:  jrbobay@pacbell.net<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* |
| Randall D. Haimovici, Esq.<br>Amir Nassihi, Esq.<br>Joan R. Camagong, Esq.<br>Shook, Hardy & Bacon, LLP<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-2828<br>Telephone: (415) 544-1900<br>Facsimile: (415) 391-0281<br>Attorneys for Defendant *FORD MOTOR COMPANY* | |

# EXHIBIT B

```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    CHRISTOPHER J. NEVIS, SB# 162812
 2    E-Mail: Christopher.Nevis@lewisbrisbois.com
    NICOLE L. JONES, SB# 247152
 3    E-Mail: Nicole.Jones@lewisbrisbois.com
    333 Bush Street, Suite 1100
 4  San Francisco, California 94104-2872
    Telephone:   415.362.2580
 5  Facsimile:   415.434.0882

 6  Attorneys for Defendant THIEMAN TAILGATES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL SULLIVAN, | CASE NO. _____ |
|---|---|
| Plaintiff, | **DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| vs. | |
| FORD MOTOR COMPANY, THIEMAN TAILGATES, INC. AND DOES ONE THROUGH FIFTY, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** under the provisions of 28 U.S.C. § 1446(d), on June 23, 2016, Defendant Thieman Tailgates, Inc., filed with the Clerk of this Court at the United States District Court, Courthouse, Northern District of California, San Francisco Division, located at the Phillip Burton Federal Building at 450 Golden Gate Avenue, San Francisco, CA 94102, the attached Notice of Removal and supporting papers to accomplish the removal of the action pending in the Superior Court of the State of California in and for the County of Contra Costa, entitled *Michael Sullivan v. Ford Motor Company, et al.*, Case No. C16-00786, to the United States District Court for the Northern District of California. A copy of the Notice of Removal and supporting papers has also been filed with the Clerk of the Contra Costa County Superior Court, as an attachment to the Notice to State Court of Removal to Federal Court. Under 28 U.S.C. §§ 1441

---
1
DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

and 1446, and Federal Rules of Civil Procedure, Rule 81(c), this action now will be placed on the docket of this District Court for further proceedings.

DATED: June 23, 2016					LEWIS BRISBOIS BISGAARD & SMITH LLP


							By:	/s/ Nicole L. Jones
								Christopher J. Nevis
								Nicole L. Jones
								Attorneys for Defendant THIEMAN TAILGATES, INC.

# FEDERAL COURT PROOF OF SERVICE
*Michael Sullivan v. Ford Motor Company, et al.*
*USDC – Northern District Case No.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 23, 2016, I served the following document(s): **DEFENDANT THIEMAN TAILGATES, INC.'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

[X] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] (BY COURT'S CM/ECF SYSTEM) I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 23, 2016, at San Francisco, California.

*/s/ Christine M. Gill*
Christine M. Gill

**SERVICE LIST**
***MICHAEL SULLIVAN* v. *FORD MOTOR COMPANY*, et al.**
**CONTRA COSTA COUNTY SUPERIOR COURT NO. C16-00786**

| | |
|---|---|
| Michael J. Plocki, Esq.<br>Michael Plocki Law Group<br>1108 Fifth Avenue, Suite 200<br>San Rafael, CA 94901<br>Telephone: 415-275-0466<br>Facsimile: 415-329-1451<br>Email: mplocki@plockilaw.com<br>Attorneys for Plaintiff ***MICHAEL SULLIVAN*** | John R. Bobay, Esq.<br>Law Offices of John R. Bobay<br>50 Hill Crest Court<br>San Anselmo, CA 94960<br>Telephone: 415-457-0720<br>Facsimile: 415-366-2228<br>Email: jrbobay@pacbell.net<br>Attorneys for Plaintiff ***MICHAEL SULLIVAN*** |
| Randall D. Haimovici, Esq.<br>Amir Nassihi, Esq.<br>Joan R. Camagong, Esq.<br>Shook, Hardy & Bacon, LLP<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-2828<br>Telephone: (415) 544-1900<br>Facsimile: (415) 391-0281<br>Attorneys for Defendant ***FORD MOTOR COMPANY*** | |

# FEDERAL COURT PROOF OF SERVICE
*Michael Sullivan v. Ford Motor Company, et al.*
*USDC – Northern District Case No.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 23, 2016, I served the following document(s): **DECLARATION OF NICOLE L. JONES OF FILING OF NOTICE OF REMOVAL IN STATE COURT AND SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 23, 2016, at San Francisco, California.

_____
Christine M. Gill

# SERVICE LIST
## *MICHAEL SULLIVAN v. FORD MOTOR COMPANY, et al.*
## CONTRA COSTA COUNTY SUPERIOR COURT NO. C16-00786

| | |
|---|---|
| Michael J. Plocki, Esq.<br>Michael Plocki Law Group<br>1108 Fifth Avenue, Suite 200<br>San Rafael, CA 94901<br>Telephone: 415-275-0466<br>Facsimile: 415-329-1451<br>Email: mplocki@plockilaw.com<br>Attorneys for Plaintiff **MICHAEL SULLIVAN** | John R. Bobay, Esq.<br>Law Offices of John R. Bobay<br>50 Hill Crest Court<br>San Anselmo, CA 94960<br>Telephone: 415-457-0720<br>Facsimile: 415-366-2228<br>Email: jrbobay@pacbell.net<br>Attorneys for Plaintiff **MICHAEL SULLIVAN** |
| Randall D. Haimovici, Esq.<br>Amir Nassihi, Esq.<br>Joan R. Camagong, Esq.<br>Shook, Hardy & Bacon, LLP<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-2828<br>Telephone: (415) 544-1900<br>Facsimile: (415) 391-0281<br>Attorneys for Defendant **FORD MOTOR COMPANY** | |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

DECLARATION OF NICOLE L. JONES OF FILING OF NOTICE OF REMOVAL IN STATE COURT AND SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT