RANDALL D. HAIMOVICI (SBN: 213635)
AMIR NASSIHI (SBN: 235936)
JOAN R. CAMAGONG (SBN: 288217)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281

*Attorneys for Defendant*
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FORD MOTOR COMPANY; THIEMAN TAILGATES, INC.; and DOES ONE through FIFTY, Inclusive,<br><br>　　　　　Defendants. | Case No. 3:16-cv-03505-LB<br><br>**FORD MOTOR COMPANY'S JOINDER IN AND CONSENT TO NOTICE OF REMOVAL OF ACTION**<br><br>[<u>Filed concurrently with:</u> Certificate of Interested Entities; Rule 7.1 Corporate Disclosure Statement] |

　　　　Defendant Ford Motor Company consents to and joins in the Notice of Removal to Federal Court Pursuant to 28 U.S.C. §§ 1441, 1446, and Federal Rules of Civil Procedure, Rule 81(c) and Demand for Trial by Jury filed by Defendant Thieman Tailgates, Inc.

Dated:  June 23, 2016　　　　　　　　　　　　　　SHOOK, HARDY & BACON, L.L.P.


　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Joan Camagong*
　　　　　　　　　　　　　　　　　　　　　　　RANDALL D. HAIMOVICI
　　　　　　　　　　　　　　　　　　　　　　　AMIR NASSIHI
　　　　　　　　　　　　　　　　　　　　　　　JOAN CAMAGONG

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　FORD MOTOR COMPANY

1
FORD'S JOINDER IN AND CONSENT TO NOTICE OF REMOVAL
CASE NO. 3:16-cv-03505-LB