RANDALL D. HAIMOVICI (SBN: 213635)
AMIR NASSIHI (SBN 235936)
JOAN R. CAMAGONG (SBN 288217)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone:     (415) 544-1900
Facsimile:     (415) 391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>            Plaintiff,<br><br>            v.<br><br>FORD MOTOR COMPANY; THIEMAN TAILGATES, INC.; and DOES ONE through FIFTY, Inclusive,<br><br>            Defendants. | Case No. 3:16-cv-03505-LB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[N.D. Local Rule 3-15]** |

Pursuant to Northern District of California Local Rule 3-15, the undersigned certifies that the following listed persons, associations or persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding: Ford Motor Company has no parent corporation.  State Street Corporation, a publicly traded company whose subsidiary State Street Bank and Trust Company is the trustee for Ford common stock in the Ford defined contribution plans master trust, has disclosed in filings with the U.S. Securities and Exchange Commission that as of December 31, 2013, it holds 10% or more of Ford's stock.

1   These representations are made to enable the Court to evaluate possible disqualification or
2   recusal.

3
    Dated: June 23 2016                                SHOOK, HARDY & BACON, L.L.P.
4

5

6                                                     By:   */s/ Joan Camagong*
                                                            RANDALL D. HAIMOVICI
7                                                           AMIR NASSIHI
                                                            JOAN CAMAGONG
8
                                                            Attorneys for Defendant
9                                                           FORD MOTOR COMPANY