| | |
|---|---|
| 1 | RANDALL D. HAIMOVICI (SBN: 213635) |
| | AMIR NASSIHI (SBN 235936) |
| 2 | JOAN R. CAMAGONG (SBN 288217) |
| | SHOOK, HARDY & BACON L.L.P. |
| 3 | One Montgomery, Suite 2700 |
| | San Francisco, California 94104-2828 |
| 4 | Telephone:   (415) 544-1900 |
| | Facsimile:    (415) 391-0281 |
| 5 | |
| | Attorneys for Defendant |
| 6 | FORD MOTOR COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN, | Case No. 3:16-cv-03505-LB |
| Plaintiff, | |
| v. | **FORD MOTOR COMPANY'S CORPORATE DISCLOSURE STATEMENT** |
| FORD MOTOR COMPANY; THIEMAN TAILGATES, INC.; and DOES ONE through FIFTY, Inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Ford Motor Company states that Ford Motor Company is and has always been a wholly-owned corporation since its date of incorporation in the State of Delaware on July 9, 1919.  Based on currently available information, no publicly-held company or investment fund holds a 10% or greater ownership in Ford Motor Company.

Dated:  June 23, 2016                                    SHOOK, HARDY & BACON, L.L.P.


                                                                        By:   */s/ Joan Camagong*
                                                                              RANDALL D. HAIMOVICI
                                                                              AMIR NASSIHI
                                                                              JOAN CAMAGONG

                                                                              Attorneys for Defendant
                                                                              FORD MOTOR COMPANY

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

346120 v1

CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:16-cv-03505-LB