RANDALL D. HAIMOVICI (SBN: 213635)
AMIR NASSIHI (SBN 235936)
JOAN R. CAMAGONG (SBN 288217)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:    (415) 391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; THIEMAN TAILGATES, INC.; and DOES ONE through FIFTY, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-03505-LB<br><br>**CERTIFICATE OF SERVICE** |

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is One Montgomery, Suite 2700, San Francisco, California 94104. On the date shown below, a copy of the foregoing was filed electronically with the Court using the Court ordered Electronic Filing System:

- **FORD MOTOR COMPANY'S JOINDER IN AND CONSENT TO NOTICE OF REMOVAL OF ACTION;**
- **FORD MOTOR COMPANY'S CORPORATE DISCLOSURE STATEMENT; AND**
- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS.**

Notice of this filing will be sent to the following parties listed below by operation of the Court ordered Electronic Filing System:

1

| Attorneys for Parties | |
|---|---|
| ATTORNEYS FOR THEIMAN TAILGATES, INC. | Nicole Lynn Jones<br>Lewis Brisbois Bisgaard and Smith LLP<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626<br>714-545-9200<br>Fax: 714-850-1030<br>Email: nicole.jones@lewisbrisbois.com |

In addition, on the date shown below, I served a copy on the interested parties named herein and in the manner indicated below:

| Attorneys for Parties | |
|---|---|
| ATTORNEYS FOR PLAINTIFF | Michael J. Plocki<br>Michael Plocki Law Group<br>1108 Fifth Avenue, Suite 200<br>San Rafael, CA 94901<br>Tel.: (415) 275-0466<br>Fax: (415) 329-1451<br>mplocki@plockilaw.com |
| ATTORNEYS FOR PLAINTIFF | John R. Bobay<br>Law Offices of John R. Bobay<br>50 Hill Crest Court<br>San Anselmo, CA 94960<br>Tel.: (415) 457-0720<br>Fax: (415) 366-2228<br>jrbobay@pacbell.net |

__X__ **FIRST CLASS U.S. MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons listed above by placing the envelope(s) for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2016, at San Francisco, California

_____
CAROLYN H. ISHIHARA

350265 v1

CERTIFICATE OF SERVICE
CASE NO. 3:16-cv-03505