**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. NEVIS, SB# 162812
  E-Mail: Christopher.Nevis@lewisbrisbois.com
NICOLE L. JONES, SB# 247152
  E-Mail: Nicole.Jones@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone:  415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant THIEMAN TAILGATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>      Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, THIEMAN TAILGATES, INC. AND DOES ONE THROUGH FIFTY, INCLUSIVE,<br><br>      Defendants. | CASE NO. 3:16-CV-03505<br><br>**CERTIFICATE OF SERVICE OF STANDING ORDER, ET AL.** |

**FEDERAL COURT PROOF OF SERVICE**
*Michael Sullivan v. Ford Motor Company, et al.*
USDC-ND, San Francisco Division, Case No. 3:16-cv-03505

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 23, 2016, I served the following document(s):

1. **Standing Order for Magistrate Judge Laurel Beeler;**
2. **Standing Order for All Judges of the Northern District of California; and**
3. **Consenting to the Jurisdiction of a Magistrate Judge**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: June 23, 2016           /s/ Christine M. Gill
                               Christine M. Gill

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4849-6560-4915.1                                                                  3:16-CV-03505
CERTIFICATE OF SERVICE OF STANDING ORDER, ET AL.

**SERVICE LIST**
*Michael Sullivan v. Ford Motor Company, et al.*
USDC-ND, San Francisco Division, Case No. 3:16-cv-03505

| | |
|---|---|
| Michael J. Plocki, Esq.<br>Michael Plocki Law Group<br>1108 Fifth Avenue, Suite 200<br>San Rafael, CA 94901<br>Telephone:   415-275-0466<br>Facsimile:   415-329-1451<br>Email:   mplocki@plockilaw.com<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* | John R. Bobay, Esq.<br>Law Offices of John R. Bobay<br>50 Hill Crest Court<br>San Anselmo, CA 94960<br>Telephone:   415-457-0720<br>Facsimile:   415-366-2228<br>Email:   jrbobay@pacbell.net<br>Attorneys for Plaintiff *MICHAEL SULLIVAN* |
| Randall D. Haimovici, Esq.<br>Amir Nassihi, Esq.<br>Joan R. Camagong, Esq.<br>Shook, Hardy & Bacon, LLP<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-2828<br>Telephone: (415) 544-1900<br>Facsimile: (415) 391-0281<br>Attorneys for Defendant *FORD MOTOR COMPANY* | |