JOHN R. BOBAY (CSB No. 78993)
LAW OFFICES OF JOHN R. BOBAY
50 Hill Crest Court
San Anselmo, CA 94960
TEL: (415) 457.0720
FAX: (415) 366.2228
EMAIL: jrbobay@pacbell.net

MICHAEL J. PLOCKI (CSB No. 188120)
MICHAEL PLOCKI LAW GROUP
7 Willow Avenue
Larkspur, CA 94939
TEL: (415) 275.0466
FAX: (415) 329.1451
EMAIL: mplocki@plockilaw.com

Attorneys for Plaintiff
MICHAEL SULLIVAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN, | CASE NO. 3:16-cv-03505-JST |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF MICHAEL SULLIVAN** |
| vs. | {N.D. Local Rules, Rule 3-15} |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | **DEMAND FOR JURY TRIAL** |
| | {N.D. Local Rules, Rule 3-6} |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to

LAW OFFICES OF JOHN R. BOBAY
50 Hill Crest Court
San Anselmo, CA 94960

1  the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could
2  be substantially affected by the outcome of this proceeding:
3      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
4  named parties to this action, there is no such interest to report.
5
6
7  Dated:  July 6, 2016                              LAW OFFICES OF JOHN R. BOBAY
                                                  MICHAEL PLOCKI LAW GROUP
8                                         Attorneys for Plaintiff
                                       MICHAEL SULLIVAN
9
10
11
12                                     /s/ John R. Bobay
                              By: _____
13                                    JOHN R. BOBAY
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS & DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial for all claims for which a jury is permitted.

Dated: July 6, 2016

LAW OFFICES OF JOHN R. BOBAY
MICHAEL PLOCKI LAW GROUP
Attorneys for Plaintiff
MICHAEL SULLIVAN

By: /s/ John R. Bobay
JOHN R. BOBAY

**CERTIFICATE OF SERVICE BY ECF SYSTEM**

I, JOHN R. BOBAY, certify and declare as follows:

I am an attorney admitted to practice in the State of California and before the Bar of this Court and am not a party to the cause. My business address is as follows: Law Offices of John R. Bobay, 50 Hill Crest Court, San Anselmo, California, 94960.

On the date set forth below and from my business location, I served true and correct copy(s) of (or the attached):

*CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF MICHAEL SULLIVAN; and DEMAND FOR JURY TRIAL*

by uploading said document(s) with the ECF System for the United States District Court for the Northern District of California which resulted in email messages being automatically generated by the ECF system and sent to the following registered attorney(s) for the parties. I did not receive, within a reasonable time after the uploading, any electronic message or other indication that either the uploading and/or resulting email messages were unsuccessfully completed.

| | |
|---|---|
| Joan Alexis Rabutaso Camagong<br>Shook Hardy Bacon<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104<br>Email: jcamagong@shb.com | Attorneys for Defendant<br>Ford Motor Company |
| Nicole Lynn Jones<br>Lewis Brisbois Bisgaard and Smith LLP<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626<br>Email: nicole.jones@lewisbrisbois.com | Attorneys for Defendant<br>Thieman Tailgates, Inc. |

SERVICE LIST CONTINUED ON ATTACHMENT A

I certify and declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2016, at San Anselmo, California.

_____
JOHN R. BOBAY

///

LAW OFFICES OF
JOHN R. BOBAY
50 HILL CREST COURT
SAN ANSELMO CA 94960
TEL. 415.457.0720
FAX: 415.366.2228

Cert of ECF Serv                                                      Case No. 3:16-cv-03505-JST

**ATTACHMENT A**

Michael Joseph Plocki                          Attorneys for Plaintiff
Michael Plocki Law Group                       Michael Sullivan
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901
Email: mplocki@plockilaw.com

LAW OFFICES OF
JOHN R. BOBAY
50 HILL CREST COURT
SAN ANSELMO CA 94960
TEL. 415.457.0720
FAX: 415.366.2228