JOHN R. BOBAY (CSB No. 78993)
LAW OFFICES OF JOHN R. BOBAY
50 Hill Crest Court
San Anselmo, CA 94960
TEL: (415) 457.0720
FAX: (415) 366.2228
EMAIL: jrbobay@pacbell.net

MICHAEL J. PLOCKI (CSB No. 188120)
MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901
TEL: (415) 275.0466
FAX: (415) 329.1451
EMAIL: mplocki@plockilaw.com

Attorneys for Plaintiff
MICHAEL SULLIVAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SULLIVAN, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, and THIEMAN TAILGATES, INC., et al., <br><br> Defendants. | CASE NO. 3:16-cv-03505-JST <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

This is Plaintiff MICHAEL SULLIVAN's opposition to Defendant FORD MOTOR COMPANY's Motion to Dismiss Complaint for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2).

On July 29, 2016, Plaintiff filed his First Amended Complaint for Damages pursuant to Federal Rule of Civil Procedure, Rule 15(a)(1)(B), the filing of which supersedes the original complaint. "It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Therefore, FORD MOTOR COMPANY's Motion to Dismiss the original complaint is now moot and must be denied.

Dated: July 29, 2016

LAW OFFICES OF JOHN R. BOBAY
MICHAEL PLOCKI LAW GROUP
Attorneys for Plaintiff
MICHAEL SULLIVAN

By: /s/ Michael J. Plocki
_____
MICHAEL J. PLOCKI