1  RANDALL D. HAIMOVICI (SBN: 213635)
   rhaimovici@shb.com
2  AMIR NASSIHI (SBN: 235936)
   anassihi@shb.com
3  JOAN R. CAMAGONG (SBN: 288217)
   jcamagong@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
5  San Francisco, California 94104-2828
   Telephone:    (415) 544-1900
6  Facsimile:    (415) 391-0281

7  *Attorneys for Defendant*
   FORD MOTOR COMPANY
8

9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  MICHAEL SULLIVAN, | Case No. 3:16-cv-03505-JST |
| 13        Plaintiff, | **DEFENDANT FORD MOTOR COMPANY'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT (Dkt. 17)** |
| 14        v. | |
| 15  FORD MOTOR COMPANY; THIEMAN TAILGATES, INC.; and DOES ONE through FIFTY, Inclusive, | |
| 16 | |
| 17        Defendants. | |

19        TO PLAINTIFFS AND ALL COUNSEL OF RECORD:

20        Pursuant to Rule 7.7(e) of the Civil Local Rules of the Northern District of California, and in

21  light of and subject to this Court's acceptance of Plaintiffs' First Amended Complaint (Dkt. 18),

22  Defendant Ford Motor Company ("Ford") hereby withdraws its Motion to Dismiss (Dkt. 17) filed on

23  July 15, 2016 without waiving any defenses, including without limitation any defenses pursuant to

24  Federal Rules of Civil Procedure, Rules 12(b)(2), 12(b)(3), 12(b)(4), 12(b)(5), 12(b)(6) and 12(b)(7).

25  Subject to any extensions agreed upon by the parties, Ford plans to file its response to Plaintiffs'

26  First Amended Complaint on or before August 15, 2016.

| | | |
|---|---|---|
| 1 | Date: August 5, 2016 | Respectfully submitted, |
| 2 | | SHOOK, HARDY & BACON L.L.P. |
| 4 | | By:  */s/ Joan R. Camagong* |
| | | RANDALL HAIMOVICI |
| | | AMIR NASSIHI |
| 5 | | JOAN R. CAMAGONG |
| 6 | | Attorneys for Defendant |
| | | FORD MOTOR COMPANY |