JOHN R. BOBAY (CSB No. 78993)
LAW OFFICES OF JOHN R. BOBAY
50 Hill Crest Court
San Anselmo, CA 94960
TEL: (415) 457.0720
FAX: (415) 366.2228
EMAIL: jrbobay@pacbell.net

MICHAEL J. PLOCKI (CSB No. 188120)
MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901
TEL: (415) 275.0466
FAX: (415) 329.1451
EMAIL: mplocki@plockilaw.com

Attorneys for Plaintiff
MICHAEL SULLIVAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL SULLIVAN, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, and THIEMAN TAILGATES, INC., <br><br> Defendants. | CASE NO. 3:16-cv-03505-JST <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO FORD MOTOR COMPANY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** <br><br> Date: November 3, 2016 <br> Time: 2:00 p.m. <br> Location: Courtroom 9 – 19th Floor <br> Judge: Jon S. Tigar <br><br> Filed Concurrently Herewith: <br> Opposition to Motion to Dismiss; <br> Declaration of Michael J. Plocki; and <br> Notice of Non-California Slip Opinions |

Plaintiff Michael Sullivan (hereinafter referred to as "Plaintiff"), hereby requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following:

1. *State ex rel. Ford Motor Company v. McGraw*, No. 15-1149 (W. Va. May 18, 2016). (Attached as Exhibit 1 to the accompanying Notice of Lodging Non-California Slip Opinions.)

2. *John Magill, et al., v. Ford Motor Company, et al.,* District Court, City and County of Denver, Colorado, Case No. 2015CV32019 (2015). (Attached as Exhibit 2 to the accompanying Notice of Lodging Non-California Slip Opinions.)

3. *Irene Jeffs v. Anco Insulations, et al.*, In the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, Case No. 15-L-533 (2015). (Attached as Exhibit 3 to the accompanying Notice of Lodging Non-California Slip Opinions.)

4. California Secretary of State's Business Entry Detail regarding Ford Motor Company. (Attached as Exhibit A to the accompanying Declaration of Michael J. Plocki.)

5. California Secretary of State's Business Entry Detail regarding Ford Motor Credit Company, LLC. (Attached as Exhibit N to the accompanying Declaration of Michael J. Plocki.)

6. Ford Motor Company's ("Ford") June 29, 2016 answer to the complaint filed in *First National Insurance Company v. Ford Motor Company*, Case No. 16C294147 (San Francisco Superior Court, complaint filed April 21, 2016). (Attached as Exhibit O to the accompanying Declaration of Michael J. Plocki.)

7. Register of Actions taken from various 2016 San Francisco Superior Court cases wherein Ford has either brought suit or filed an answer. (Attached as Exhibit O to the accompanying Declaration of Michael J. Plocki.)

8.      It is common knowledge that Ford Motor Company performs warranty work and recall work through its dealers in California.

"Federal courts may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.'" *CactusCorner, LLC v. U.S. Dept. of Agric.*, 346 F.Supp.2d 1075, 1092 (E.D. Cal.2004) *quoting United States ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir.1992); *see also Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of court filings in a state court case).

A federal court may also take judicial notice of matters outside of the complaint that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(d) (West 2012); *Wietschner v. Monterey Pasta Co.,* 294 F.Supp. 2d 1117, 1109 (N.D. Cal. 2003). Courts can take judicial notice of such matters when considering a motion to dismiss. *Wietschner*, *supra*, 294 F. Supp. 2d at 1109; *MGIC Indem. Corp. v. Weisman,* 803 F. 2d 500, 504 (9th Cir. 1986).

A federal court may take judicial notice without converting the motion to dismiss to a motion for summary judgment. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-689 (9th Cir. 2001) *citing Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986). Accordingly, there is good cause to grant Plaintiff's request for judicial notice in support of its opposition to Ford's motion to dismiss.

Dated:  September 20, 2016            LAW OFFICES OF JOHN R. BOBAY
                                      MICHAEL PLOCKI LAW GROUP
                                      Attorneys for Plaintiff
                                      MICHAEL SULLIVAN


                                 By:    /s/ Michael J. Plocki
                                      _____
                                        MICHAEL J. PLOCKI

- 3 -
PLAINTIFF MICHAEL SULLIVAN'S REQUEST FOR JUDICIAL NOTICE