UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Michael Sullivan , | | Case No. C 16-cv-03505-JST |
| Plaintiff(s) | | |
| v. | | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Ford Motor Company, et al. , | | |
| Defendant(s) | | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 30, 2016     Signed:  /s/ Doug Lampe
                                      Party
                                      Ford Motor Company

Date: September 30, 2016     Signed:  /s/ Joan R. Camagong
                                      Attorney
                                      Joan R. Camagong

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 6-2016*

American LegalNet, Inc.
www.FormsWorkFlow.com

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document hereby attests that all signatories have concurred in the filing of this document.

Dated:  October 3, 2016                         */s/ Joan R. Camagong*
                                                JOAN R. CAMAGONG

361274 v1

ATTESTATION
CASE NO: 3:16-cv-02233-JST