# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Sullivan                           , <br><br> Plaintiff(s) <br><br> v. <br><br><br> Ford Motor Company, et al.          , <br> Defendant(s) | Case No. C 16-cv-03505-JST <br><br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 9, 2016

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Michael J. Plocki <br> John R. Bobay <br> Plaintiff Michael Sullivan | (415) 275-0466 <br> mplocki@plockilaw.com <br><br> (415) 457-0720 <br> jrbobay@pacbell.net |
| Joan R. Camagong <br> Defendant Ford Motor Company | (415) 544-1900 <br> jcamagong@shb.com |
| Nicole L. Jones <br> Defendant Thieman Tailgates, Inc. | (415) 362-2580 <br> Nicole.Jones@lewisbrisbois.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:  10/3/16            Signed:  _____/s/ Michael J. Plocki_____
                                                Attorney for Plaintiff
Date:  10/3/16            Signed:  _____/s/ John R. Bobay_____
                                                Attorney for Plaintiff

Date:  10/3/16            Signed:  _____/s/ Joan R. Camagong_____
                                                Attorney for Defendant

Date:  10/3/16            Signed:  _____/s/ Nicole L. Jones_____
                                                Attorney for Defendant

*Important!  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."*

*Form ADR-TC rev. 6-2016*

**American LegalNet, Inc.**
www.FormsWorkFlow.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document hereby attests that all signatories have concurred in the filing of this document.

Dated:  October 3, 2016

/s/ Joan R. Camagong
JOAN R. CAMAGONG

ATTESTATION
CASE NO: 3:16-cv-02233-JST

361274 v1