Jeff S. Marsilio, Esq., SBN 228986
**STOCKWELL, HARRIS, WOOLVERTON & HELPHREY**
**A Professional Corporation**
3580 Wilshire Boulevard, Suite 1900
Los Angeles, California 90010
(323) 935-6669
(323) 935-0198 Facsimile

Attorneys for Lien Claimant
Zurich American Insurance Company

FILED

OCT - 4 2016

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. COURTHOUSE

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>FORD MOTOR COMPANY; and THIEMAN<br>TAILGATES, INC., et al.,<br><br>          Defendants. | CASE3:16-cv-03505-JST<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**YOU AND EACH OF YOU, ARE HEREBY REQUESTED** to provide Zurich American Insurance Company, as a lien claimant, through its counsel, Stockwell, Harris, Woolverton & Helphrey, SPECIAL NOTICE of all proceedings in the above-entitled matter.

Dated:  September 21, 2016   Respectfully submitted,

        **STOCKWELL, HARRIS, WOOLVERTON & HELPHREY**
        A Professional Corporation

        Jeff S. Marsilio
        Attorneys for Lien Claimant
        Zurich American Insurance Company

Claim No.:  2440214843
File No.:  S108-847

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 3580 Wilshire Boulevard, Suite 1900, Los Angeles, California 90010.

On September 27, 2016, I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mailed at Los Angeles, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

**XX**    **U.S. MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on Motion of the party served, the service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___    **PERSONAL SERVICE:**  By causing to be hand delivered, a true copy thereof to the person at the address set forth below.

___    **FEDERAL EXPRESS:**  By placing a true copy thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a facility regularly maintained by Federal Express, addressed as set forth below.

___    **FACSIMILE:**  By causing a true copy thereof to be telecopied to the party(ies) at the facsimile number(s) as set forth below. No indication that the transmission was unsuccessful, within a reasonable amount of time, was received by me.

___    **EMAIL:**  By causing a true copy thereof to be emailed to the party(ies) at the email address(es) as set forth below per court Order or an agreement of the parties to accept service by email.  No electronic message or other indication that the transmission was unsuccessful, within a reasonable amount of time, was received by me.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed on September 27, 2016, at Los Angeles, California.

By: _____
          Joanie Harrison

1

**SERVICE LIST**

2

Michael J. Plocki, Esq.
Michael Plocki Law Group
1108 Fifth Avenue, Suite 200
San Rafael, California 94901
(415) 275-0466
(415) 329-1451 Facsimile
mplocki@plockilaw.com
***Attorneys for Plaintiff***
***Michael Sullivan***

3

4

5

6

7

8

John R. Bobay, Esq.
Law Offices of John R. Bobay
50 Hill Crest Court
San Anselmo, California 94960
(415) 457-0720
(415) 366-2228 Facsimile
jrbobay@pacbell.net
***Attorneys for Plaintiff***
***Michael Sullivan***

9

10

11

12

13

14

Joan Alexis Rabutaso Camagong, Esq.
Shook, Hardy & Bacon, LLP
One Montgomery, Suite 2700
San Francisco, California 94104-2828
(415) 544-1900
jcamagong@shb.com
***Attorneys for Defendant***
***Ford Motor Company***

15

16

17

18

19

20

Nicole Lynn Jones, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
333 Bush Street, Suite 1100
San Francisco, California 94014-2872
(415) 434-2580
(415) 434-0882 Facsimile
jonesn@lbbslaw.com
***Attorneys for Defendant***
***Thieman Talgates, Inc.***

21

22

23

24

25

26

27

28