Jeff S. Marsilio, Esq., SBN 228986
**STOCKWELL, HARRIS, WOOLVERTON & HELPHREY**
A Professional Corporation
3580 Wilshire Boulevard, Suite 1900
Los Angeles, California 90010
(323) 935-6669
(323) 935-0198 Facsimile

Attorneys for Lien Claimant
Zurich American Insurance Company

FILED
OCT - 4 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. COURTHOUSE

| | |
|---|---|
| MICHAEL SULLIVAN, | CASE 3:16-cv-03505-JST |
| Plaintiff, | **NOTICE OF FIRST LIEN** |
| vs. | [California Labor Code §3856] |
| FORD MOTOR COMPANY; and THIEMAN TAILGATES, INC., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Lien claimant, Zurich American Insurance Company, and its insured, Trinity Services Group, Inc. (hereinafter "lien claimant"), under California Labor Code §3856, and on the following grounds, lien claimants apply for a first lien in the sum of no less than $38,623.10 upon entering settlement or judgment in this action and applies for a first lien in the amount of any additional sums that may be paid as workers' compensation benefits to or on behalf of plaintiff, Michael Sullivan, before payment of any settlement or satisfaction of any judgment in this matter.

1.  On September April 25, 2014, plaintiff in this action, Michael Sullivan ("Plaintiff"), was employed by Trinity Services Group, Inc. At that time, lien claimant, Zurich American Insurance Company, was the workers' compensation carrier for the plaintiff's

employer, Trinity Services Group, Inc., and was obligated under duly issued and valid insurance plan to pay workers' compensation benefits to its employees.

2. As a proximate result of the injury sustained by Plaintiff, and pursuant to the liability of lien claimants under the California Workers' Compensation Act, lien claimant has paid to and on behalf of plaintiff the sum of $38,623.10 (medical expenses total $13,857.18; indemnity payments total $24,795.92) as workers' compensation benefits to date and continues to pay such benefits.

Dated: September 21, 2016   Respectfully submitted,

STOCKWELL, HARRIS, WOOLVERTON & HELPHREY
A Professional Corporation

Jeff S. Marsilio
Attorneys for Lien Claimant
Zurich American Insurance Company

Claim No.: 2440214843
File No.: S108-847

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 3580 Wilshire Boulevard, Suite 1900, Los Angeles, California 90010.

On September 27, 2016, I served the foregoing document described as:

**NOTICE OF FIRST LIEN**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mailed at Los Angeles, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

**XX**   **U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on Motion of the party served, the service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   **PERSONAL SERVICE:** By causing to be hand delivered, a true copy thereof to the person at the address set forth below.

___   **FEDERAL EXPRESS:** By placing a true copy thereof enclosed in a sealed Federal Express envelope with postage fully prepaid at a facility regularly maintained by Federal Express, addressed as set forth below.

___   **FACSIMILE:** By causing a true copy thereof to be telecopied to the party(ies) at the facsimile number(s) as set forth below. No indication that the transmission was unsuccessful, within a reasonable amount of time, was received by me.

___   **EMAIL:** By causing a true copy thereof to be emailed to the party(ies) at the email address(es) as set forth below per court Order or an agreement of the parties to accept service by email. No electronic message or other indication that the transmission was unsuccessful, within a reasonable amount of time, was received by me.

I certify, under penalty of perjury, that the foregoing is true and correct.

Executed on September 27, 2016, at Los Angeles, California.

By: /s/ Joanie Harrison
     Joanie Harrison

**SERVICE LIST**

Michael J. Plocki, Esq.
Michael Plocki Law Group
1108 Fifth Avenue, Suite 200
San Rafael, California 94901
(415) 275-0466
(415) 329-1451 Facsimile
mplocki@plockilaw.com
*Attorneys for Plaintiff*
*Michael Sullivan*

John R. Bobay, Esq.
Law Offices of John R. Bobay
50 Hill Crest Court
San Anselmo, California 94960
(415) 457-0720
(415) 366-2228 Facsimile
jrbobay@pacbell.net
*Attorneys for Plaintiff*
*Michael Sullivan*

Joan Alexis Rabutaso Camagong, Esq.
Shook, Hardy & Bacon, LLP
One Montgomery, Suite 2700
San Francisco, California 94104-2828
(415) 544-1900
jcamagong@shb.com
*Attorneys for Defendant*
*Ford Motor Company*

Nicole Lynn Jones, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
333 Bush Street, Suite 1100
San Francisco, California 94014-2872
(415) 434-2580
(415) 434-0882 Facsimile
jonesn@lbbslaw.com
*Attorneys for Defendant*
*Thieman Talgates, Inc.*