UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No.16-cv-03505-JST<br><br>**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: ECF No. 36 |

On October 7, 2016, Plaintiff Michael Sullivan filed a motion for administrative relief, seeking a court order permitting him to issue subpoenas to a third party, Trinity Services Group, prior to the parties' Rule 26(f) conference. ECF No. 36. Expedited discovery before a Rule 26(f) conference requires a showing of "good cause." *Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 275 (N.D. Cal. 2002). Here, Plaintiff's unsupported claim that the subpoenas are necessary to "prevent the destruction of evidence in this case," ECF No. 36 at 2, does not suffice. Accordingly, the motion is denied.

IT IS SO ORDERED.

Dated: October 14, 2016

_____
JON S. TIGAR
United States District Judge