UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: November 9, 2016                                                                 Judge: Jon S. Tigar

Time: 18 minutes

Case No.     **3:16-cv-03505-JST**
Case Name    **Michael Sullivan v. Thieman Tailgates, Inc.**

Attorneys for Plaintiff:      John R. Bobay
                              Michael J. Plocki

Attorney for Defendant:       Nicole L. Jones

Deputy Clerk: William Noble                                          Court Reporter: Not reported

PROCEEDINGS

Initial case management conference.

RESULT OF HEARING

1. The Court ordered the parties to contact the ADR department regarding the previously scheduled telephone conference and inform that department of the current status of the case.

2. The Court set the following schedule:

   | Case management conference statement | February 27, 2017 |
   | --- | --- |
   | Further case management conference | March 8, 2017 at 2:00 p.m. in San Francisco |
   | Add parties or amend pleadings | April 14, 2017 |
   | Jury Trial | February 12, 2018 at 8:30 a.m. in San Francisco |

3. A written scheduling order will be issued.