UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL SULLIVAN, | Case No.16-cv-03505-JST |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| FORD MOTOR COMPANY, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
| --- | --- |
| Deadline to add parties or amend the pleadings | April 14, 2017 |
| Fact discovery cut-off | August 11, 2017 |
| Expert disclosures | October 13, 2017 |
| Expert rebuttal | September 22, 2017 |
| Expert discovery cut-off | October 6, 2017 |
| Deadline to file dispositive or Daubert motions | August 24, 2017 |
| Pretrial conference statement due | January 9, 2018 |
| Pretrial conference | January 19, 2018 at 2:00 p.m. |
| Trial | February 12, 2018 at 8:30 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Ten |

The Court also sets a Further Case Management Conference for **March 8, 2017** at **2:00 p.m.** An updated Joint Case Management Conference statement must be filed by **February 27, 2017**.

The Court anticipates that the parties are likely to name additional defendants or cross-defendants. The parties, including any new ones, should determine an appropriate ADR process before the filing of the next Joint Case Management Statement.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: November 14, 2016

_____
JON S. TIGAR
United States District Judge