| | |
|---|---|
| 1 | JOHN R. BOBAY (CSB No. 78993) |
| | LAW OFFICES OF JOHN R. BOBAY |
| 2 | 50 Hill Crest Court |
| | San Anselmo, CA 94960 |
| 3 | TEL: (415) 457.0720 |
| | FAX: (415) 366.2228 |
| 4 | EMAIL: jrbobay@pacbell.net |

MICHAEL J. PLOCKI (CSB No. 188120)
MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901
TEL: (415) 275.0466
FAX: (415) 329.1451
EMAIL: mplocki@plockilaw.com

Attorneys for Plaintiff
MICHAEL SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL SULLIVAN, | ) | CASE NO. 3:16-cv-03505-JST |
| | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| Plaintiff, | ) | **ORDER TO CORRECT THE EXPERT** |
| | ) | **DISCLOSURE DEADLINE TO** |
| | ) | **SEPTEMBER 13, 2017** |
| vs. | ) | |
| | ) | |
| FORD MOTOR COMPANY, and THIEMAN | ) | |
| TAILGATES, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Counsel of record for Plaintiff Michael Sullivan and Defendant Thieman Tailgates, Inc. (collectively referred to as "the Parties") hereby stipulate and agree that the correct deadline in which to disclose experts in this matter should be September 13, 2017, instead of October 13, 2017.

The Parties agree that the November 14, 2016, Scheduling Order should be corrected in order to reflect September 13, 2017, as the deadline to disclose experts in this matter.

**IT IS SO STIPULATED**.

Dated:  December 22, 2016                LAW OFFICES OF JOHN R. BOBAY
                                         MICHAEL PLOCKI LAW GROUP


                                              */s/ Michael J. Plocki*
                                    By:_____
                                         MICHAEL J. PLOCKI
                                         Attorneys for Plaintiff
                                         MICHAEL SULLIVAN


Dated:  December 22, 2016                LEWIS BRISBOIS BISGAARD & SMITH LLP


                                              */s/ Nicole L. Jones*
                                    By:_____
                                         NICOLE L. JONES
                                         Attorneys for Defendant
                                         THIEMAN TAILGATES, INC.


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, THE DEADLINE TO DISCLOSE EXPERTS IS SEPTEMBER 13, 2017.  IT IS SO ORDERED.

DATED:                                   _____
                                         JON S. TIGAR
                                         UNITED STATES DISTRICT JUDGE

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901