1  JOHN R. BOBAY (CSB No. 78993)
   LAW OFFICES OF JOHN R. BOBAY
2  50 Hill Crest Court
   San Anselmo, CA 94960
3  TEL: (415) 457.0720
   FAX: (415) 366.2228
4  EMAIL: jrbobay@pacbell.net

5  MICHAEL J. PLOCKI (CSB No. 188120)
   MICHAEL PLOCKI LAW GROUP
6  1108 Fifth Avenue, Suite 200
   San Rafael, CA 94901
7  TEL: (415) 275.0466
8  FAX: (415) 329.1451
   EMAIL: mplocki@plockilaw.com

   Attorneys for Plaintiff
10 MICHAEL SULLIVAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| MICHAEL SULLIVAN, | ) | CASE NO. 3:16-cv-03505-JST |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CORRECT THE EXPERT DISCLOSURE DEADLINE TO SEPTEMBER 13, 2017** |
| vs. | ) | |
| FORD MOTOR COMPANY, and THIEMAN TAILGATES, INC., | ) | |
| Defendants. | ) | |

Counsel of record for Plaintiff Michael Sullivan and Defendant Thieman Tailgates, Inc. (collectively referred to as "the Parties") hereby stipulate and agree that the correct deadline in which to disclose experts in this matter should be September 13, 2017, instead of October 13, 2017.

The Parties agree that the November 14, 2016, Scheduling Order should be corrected in order to reflect September 13, 2017, as the deadline to disclose experts in this matter.

**IT IS SO STIPULATED**.

Dated: December 22, 2016                    LAW OFFICES OF JOHN R. BOBAY
                                            MICHAEL PLOCKI LAW GROUP


                                                */s/ Michael J. Plocki*
                                    By:_____
                                            MICHAEL J. PLOCKI
                                            Attorneys for Plaintiff
                                            MICHAEL SULLIVAN


Dated: December 22, 2016                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                                */s/ Nicole L. Jones*
                                    By:_____
                                            NICOLE L. JONES
                                            Attorneys for Defendant
                                            THIEMAN TAILGATES, INC.


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, THE DEADLINE TO DISCLOSE EXPERTS IS SEPTEMBER 13, 2017.  IT IS SO ORDERED.


DATED: December 28, 2016            _____
                                            JON S. TIGAR
                                    UNITED STATES DISTRICT JUDGE

MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CORRECT THE EXPERT DISCLOSURE DEADLINE TO SEPTEMBER 13, 2017