JOHN R. BOBAY (CSB No. 78993)
LAW OFFICES OF JOHN R. BOBAY
50 Hill Crest Court
San Anselmo, CA 94960
TEL: (415) 457.0720
FAX: (415) 366.2228
EMAIL: jrbobay@pacbell.net

MICHAEL J. PLOCKI (CSB No. 188120)
MICHAEL PLOCKI LAW GROUP
1108 Fifth Avenue, Suite 200
San Rafael, CA 94901
TEL: (415) 275.0466
FAX: (415) 329.1451
EMAIL: mplocki@plockilaw.com

Attorneys for Plaintiff
MICHAEL SULLIVAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SULLIVAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, THIEMAN TAILGATES, INC., et al.<br><br>　　　　　Defendants. | CASE NO. 3:16-cv-03505-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT TO ADD DEFENDANTS; FOR RELATION BACK OF THE SECOND AMENDED COMPLAINT; AND FOR REMAND TO STATE COURT** |

IT IS HEREBY STIPULATED by and between counsel of record for Plaintiff Michael Sullivan and Defendant Thieman Tailgates, Inc. (collectively referred to as "the Parties") that Plaintiff may file a Second Amended Complaint to add Automotive Rentals, Inc., ARI Fleet LT, and Forklift Mobile, Inc., as defendants to this action pursuant to the Federal Rules of Civil

Procedure. A copy of Plaintiff's Second Amended Complaint is attached to this Stipulation as Exhibit A.

Parties further stipulate and agree that Plaintiff's Second Amended Complaint shall relate back to the filing of Plaintiff's original complaint pursuant to the Federal Rules of Civil Procedure.

Parties further stipulate and agree that Defendant Thieman Tailgates, Inc., waives notice and service of Plaintiff's Second Amended Complaint and shall not be required to answer the Second Amended Complaint, and that all denials, responses and affirmative defenses contained in the answer filed by Defendant Thieman Tailgates, Inc., to Plaintiff's First Amended Complaint shall be responsive to the Second Amended Complaint.

Parties further stipulate and agree that following the addition of Forklift Mobile, Inc., a California corporation, diversity and subject matter jurisdiction will no longer exist; therefore, the case shall thereafter be remanded to the Superior Court in and for the County of Contra Costa pursuant to 28 USC § 1447.

**IT IS SO STIPULATED**.

Dated: March 1, 2017                     LAW OFFICES OF JOHN R. BOBAY
                                         MICHAEL PLOCKI LAW GROUP

                                         /s/ *Michael J. Plocki*
                                         By:_____
                                         MICHAEL J. PLOCKI
                                         Attorneys for Plaintiff
                                         MICHAEL SULLIVAN

Dated: March 1, 2017                     LEWIS BRISBOIS BISGAARD & SMITH
                                         LLP

                                         /s/ *Nicole L. Jones*
                                         By:_____
                                         NICOLE L. JONES
                                         Attorneys for Defendant
                                         THIEMAN TAILGATES, INC.

# [PROPOSED] ORDER

PURSUANT TO PARTIES' STIPULATIONS, THE COURT HEREBY ORDERS AS FOLLOWS:

The plaintiff shall file his Second Amended Complaint on the Court's docket by Monday, March 6, 2017.

1. ~~Plaintiff's Second Amended Complaint is deemed filed as of the date of this Court's Order;~~

2. Automotive Rentals, Inc., ARI Fleet LT, and Forklift Mobile, Inc., are added as defendants in this action;

3. Plaintiff's Second Amended Complaint relates back to the filing of the original Complaint; and

4. Following the filing of Plaintiff's Second Amended Complaint, this case is hereby remanded to the Superior Court in and for the County of Contra Costa.

IT IS SO ORDERED.

DATED: March 2, 2017

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE