UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102
_____
www.cand.uscourts.gov

Susan Y. Soong                                                                    General Court Number
Clerk of Court                                                                           415-522-2000

March 2, 2017

Superior Court of the State of California
 for the County of Contra Costa
1000 Center Drive
Pittsburg, California 94565

**RE:  Michael Sullivan  v.  Thieman Tailgates, Inc., et al., Case No.  3:16-cv-03505-JST**
            Your Case Number:  C16-00786

Dear Clerk,

        Pursuant to an ***order remanding*** the above captioned case to your court, transmitted herewith are:

        (X )        Certified copies of docket entries

        (X )        Certified copies of Remand Order

        (X)         Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.


                                            Sincerely,

                                            Susan Y. Soong, Clerk


                                            by:  Thelma Nudo
                                            Case Systems Administrator