UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov



Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

March 2, 2017

**FILED**

MAR 1 3 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Superior Court of the State of California
 for the County of Contra Costa
1000 Center Drive
Pittsburg, California 94565

**RE: Michael Sullivan v. Thieman Tailgates, Inc., et al., Case No. 3:16-cv-03505-JST**
Your Case Number: C16-00786

Dear Clerk,

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

(X)   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

by: Thelma Nudo
Case Systems Administrator